**MASTEROBJECTS, INC.,**
Plaintiff–Appellant,

v.

**GOOGLE INC., Defendant–Appellee.**

No. 2014–1148.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2014.

Spencer Hosie, Hosie Rice LLP, of San Francisco, CA, argued for plaintiff-appellant. With him on the brief were Diane Sue Rice and George F. Bishop. Of counsel on the brief were Leslie V. Payne, Nathan J. Davis and Alden G. Harris, Heim, Payne & Chorush, LLP, of Houston, TX.

Dan L. Bagatell, Perkins Coie LLP, of Phoenix, AZ, argued for defendant-appellee. Of counsel on the brief were Jeffrey J. Toney, Jonathan K. Waldrop and Darcy L. Jones, Kasowitz, Benson, Torres & Friedman LLP, of Atlanta, GA; and Steven C. Carlson and Robert P. Watkins, III, of Redwood Shores, CA.

DYK, PLAGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.